Aaron Greenspan
956 Carolina Street
San Francisco, CA 94107-3337

*By Hand-Delivery*

October 24, 2019

**FILED**
**OCT 24 2019**
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Clerk's Office
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re: **Application for DMCA Subpoena**

**CV 19 80265 MISC**

Dear Sir or Madam:

**TSH**

I respectfully request that the Clerk issue a subpoena pursuant to 17 U.S.C. § 512(h).

By way of background, Section 512(h) of the Digital Millennium Copyright Act provides that a "copyright owner or a person authorized to act on the owner's behalf may request the clerk of any United States District Court to issue a subpoena to a service provider for identification of an alleged infringer in accordance with this subsection." 17 U.S.C. § 512(h)(1). For a subpoena to be issued, Section 512(h) requires that a copyright owner file the following with the Clerk:

(1) A copy of the notification required by Section 512(c)(3)(A);
(2) A proposed subpoena; and
(3) A sworn declaration to the effect that the purpose for which the subpoena is sought is to obtain the identity of an alleged infringer and that such information will only be used for the purpose of protecting rights under this title.

Accordingly, attached for filing with the Clerk are at least one notification pursuant to Section 512(c)(3)(A), a proposed subpoena, and a sworn declaration. As I have complied with the requirements of the statute, I ask that the clerk pursuant to Section 512(h)(4) expeditiously issue and sign the proposed subpoena and return it for service on the subpoena recipient.

Under penalty of perjury I certify that the purpose of the subpoena sought is to obtain the identity of an infringer, and that such information will only be used for the purpose of protecting rights under this title, which may include pursuing criminal charges against the infringer to prevent further copyright infringement. I am the owner of the copyright(s) involved and/or have the authority to act on behalf of the owner of the copyright(s) involved.

Thank you for your cooperation and prompt response in this matter. If you have any questions, I am reachable by phone at +1 415 670 9350 or by e-mail at aaron.greenspan@plainsite.org.

Sincerely,

Aaron Greenspan

Enclosures